STATE OF CONNECTICUT *v.* DAN L. MOORE

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 103 Conn. App. 1 (AC 26736), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court abused its discretion by refusing to strike the state's redirect examination of a witness, and, if so, was the impropriety harmless error?"

The Supreme Court docket number is SC 17992.

*James A. Killen*, senior assistant state's attorney, in support of the petition.

*Pamela S. Nagy*, special public defender, in opposition.

Decided October 16, 2007